AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ NEW JERSEY

DEMETRIA MARSHALL

V.

THOMAS KOOCHEMBERE
CAPE MAY COUNTY CORRECTIONAL CENTER, ET AL.

**JUDGMENT IN A CIVIL CASE**

Case Number:   07-03191(RBK)

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The Court having entered judgment pursuant to F.R.Civ.P 50(a) in favor of plaintiff **DEMETRIA MARSHALL** and against defendant **THOMAS KOOCHEMBERE** on the issue of liability for assault and battery, false imprisonment, and intentional infliction of emotional distress,

And the jury having rendered its verdict on the remaining issues on April 8, 2011,

**IT IS ORDERED** that Judgment is entered in favor of plaintiff **DEMETRIA MARSHALL** and against defendants **THOMAS KOOCHEMBERE** and **CAPE MAY COUNTY**, jointly and severally and in the alternative in the amount of One Hundred Thousand Dollars ($100,000) together with costs of suit and pre-judgment interest, and

**IT IS FURTHER ORDERED** that Judgment is entered in favor of plaintiff **DEMETRIA MARSHALL** and against defendant **THOMAS KOOCHEMBERE** only for punitive damages in the amount of Five Hundred Thousand Dollars ($500,000). All claims against defendants Cape May County Correctional Center, Cape May County Sheriff's Department and all remaining crossclaims are hereby dismissed.

April 11, 2011
Date

HON. ROBERT B. KUGLER

UNITED STATES DISTRICT JUDGE